**Criminal Calendar:** Re-Sentencing.

**Before: Judge John Gleeson, U.S.D.J.**

Date: 10/25/13                                     Time: 2:00pm - 2:30pm.
DOCKET NUMBER: 11 CR 763

DEFENDANT'S NAME: Sanjay Anandani
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Patrick M. Megaro and Alexei Grosshtern
___ Legal Aid ___ CJA ✓ Retained

AUSA: Jason N. Gull                              Deputy Clerk: Ilene Lee

Probation Officer: Patricia Sullivan

INTERPRETER: _____ (Language) _____

COURT REPORTER: Anthony Mancuso.

✓ Case Called.
___ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

___ The Pre-sentence Report is adopted without change.

✓ Defendant is re-sentenced to 364 days of imprisonment and 3 years of supervised release.

- The fine has been reimposed to the amount of $9,999.99/xx

- The self-surrender remand date has been extended to January 29, 2014 by 12:00 pm

- All other special conditions from the original sentence remains in effect.

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
___ Defendant is ordered to pay a special assessment of $_____.

Monetary penalties are due as follows:

___ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at :
_____
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ ___
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
          ☐ before 2:00pm on _____    ☐ as notified by USMS or    ☐ as notified by P.O.